**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| Plaintiff, | CASE NO.: 2:19-cr-00107-KJM |
| v. | |
| **DANIEL TROXELL,** | |
| Defendant. | |

### APPLICATION FOR WRIT OF HABEAS CORPUS (AMENDED)

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus

☒ Ad Prosequendum              ☐ Ad Testificandum

Name of Detainee:     Daniel Troxell, CDCR No. B76578

Detained at              California State Prison, Los Angeles

Detainee is:    a.)    ☒ charged in this district by:    ☒ Indictment   ☐ Information   ☐ Complaint
                                  charging detainee with:    RICO Conspiracy, conspiracy to murder, and drug
                                  trafficking crimes.

          or    b.)    ☐ a witness not otherwise available by ordinary process of the Court

Detainee will:    a.)    ☐ return to the custody of detaining facility upon termination of the guilty plea hearing

          or    b.)    ☒ be retained in federal custody until final disposition of federal charges and federal
                                  prison sentence, if any, has been served.

*As soon as practicable in the Eastern District of California.*

| | |
|---|---|
| Signature: | /s/ Jason Hitt |
| Printed Name & Phone No: | Assistant U.S. Attorney Jason Hitt – 916-554-2700 |
| Attorney of Record for: | United States of America |

### WRIT OF HABEAS CORPUS

☒ Ad Prosequendum              ☐ Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, as soon as practicable, for arraignment on the Indictment and prosecution in the above-captioned case in the Eastern District of California.

Dated:    June 19, 2019

_____
Honorable Allison Claire
U.S. MAGISTRATE JUDGE

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) | Danny Troxell | ☒Male | ☐Female |
| Offender ID: | CDCR No. B76578 | Race: | Caucasian |
| Facility Address: | 44750 60th Street West, Lancaster, CA 93536-7620 | | |
| Facility Phone: | (661) 729-2000 | | |
| Currently | In custody of the State of California | | |

### RETURN OF SERVICE

Executed on:    _____        _____
                                                          (signature)