# UNITED STATES DISTRICT COURT
for the
Eastern District of California

**FILED**
JUL 0 3 2019
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

| | |
|---|---|
| United States of America<br>v.<br><br>DANIEL TROXELL<br><br><br><br>*Defendant* | )<br>)<br>) Case No. 2:19-CR-0107 KJM<br>)<br>)<br>)<br>) |



## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    DANIEL TROXELL                                                                                             ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment        ☐ Superseding Indictment        ☐ Information        ☐ Superseding Information        ☐ Complaint
☐ Probation Violation Petition        ☐ Supervised Release Violation Petition        ☐ Violation Notice        ☐ Order of the Court

This offense is briefly described as follows:

18 USC 1962(d) - CONSPIRACY TO PARTICIPATE IN A RACKETEERING ENTERPRISE


Date:    06/14/2019                                                                  /s/ A. Benson
                                                                                          *Issuing officer's signature*

City and state:    Sacramento, CA                                              A. Benson, Deputy Clerk
                                                                                          *Printed name and title*

---

**Return**

This warrant was received on *(date)* **JUN 1 4 2019**, and the person was arrested on *(date)* **JUN 2 7 2019**
at *(city and state)* SACRAMENTO, CA.

Date:  **JUN 2 7 2019**
                                                                                          *Arresting officer's signature*

                                                                                          Jason E. Garza  DUSM
                                                                                          *Printed name and title*

# UNITED STATES DISTRICT COURT
for the
Eastern District of California

RECEIVED
UNITED STATES MARSHAL
2019 MAY 21 AM 11:30
EASTERN DISTRICT
OF CALIFORNIA

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Daniel "Danny" TROXELL, | ) | Case No. 2:19-MJ-0080 CKD |
| | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

**SEALED**

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* **Daniel "Danny" TROXELL,**

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☒ Complaint

☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:
18 U.S.C. § 1959(a)(5) – Conspiracy to Commit Murder (6 Counts)

Date: 5/21/2019

_____
*Issuing officer's signature*

City and state: Sacramento, California

Carolyn K. Delaney, United States Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* **MAY 21 2019**, and the person was arrested on *(date)* **JUN 27 2019**
at *(city and state)* SACRAMENTO, CA.

Date: **JUN 27 2019**

_____
*Arresting officer's signature*

Jason C Garcia DVSM
_____, United States Magistrate Judge
*Printed name and title*