1  Kresta Nora Daly, SBN 199689
   **BARTH DALY LLP**
2  PO Box F
   Winters, CA 95694
3  Telephone: (916) 440-8600
   Facsimile: (916) 440-9610
4  Email: kdaly@barth-daly.com

5  Richard G. Novak, SBN 149303
   **Law Offices of Richard G. Novak**
6  65 N. Raymond Avenue, Suite 320
   Pasadena, CA 91103
7  Telephone: (626) 578-1175
   Facsimile: (626) 685-2562
8  Email: richard@rgnlaw.com

9  Attorneys for Defendant
   JASON CORBETT

10

11              IN THE UNITED STATES DISTRICT COURT

12            FOR THE EASTERN DISTRICT OF CALIFORNIA

13

14  UNITED STATES OF AMERICA,          Case No. 2:19-CR-00107-KJM-JDP

15          Plaintiff,                 **LIST OF DEFENSE EXHIBITS FOR
                                        EVIDENTIARY HEARING**
16      v.

17  RONALD YANDELL, et al.,

18          Defendants.

19

20          Defendants, Ronald Yandell, Billy Syvester, Danny Troxell, Pat Brady, Jason

21  Corbett and Justin Petty, by and through the undersigned counsel, hereby submit the List of

22  Exhibits that they anticipate introducing during the evidentiary hearings to be held befor the

23  Honorable Jeremy D. Peterson on February 6, 202, regarding the Sacramento County Jail in this

24  case.

25          Defendants anticipate the following:  they may not seek introduction of each

26  exhibit listed below during each hearing, additional exhibits may be identified prior to the

27  evidentiary hearings or during the evidentiary hearings as a result of defense or Court inquiries

28  and, as a result, amendments to this list may be made as developments warrant such amendment.

{00036206}

BARTH DALY LLP
ATTORNEYS AT LAW
DAVIS, CALIFORNIA

EVIDENTIARY HEARING

*USA v. Yandell*, USDC ED Cal. Case No. 2:19-CR-107
Before the Honorable United States Magistrate Judge Jeremy D. Peterson

**LIST OF DEFENSE EXHIBITS**

| | |
|---|---|
| Exhibit 1 | Diagram |
| Exhibit 2 | Photograph |
| Exhibit 3 | |
| Exhibit 4 | Photograph |
| Exhibit 5 | Inmate Incident Report |
| Exhibit 6 | |
| Exhibit 7 | Grievance Reply Form |
| Exhibit 8 | Grievance Reply Form |
| Exhibit 9 | Photograph |
| Exhibit 10 | Photograph |
| Exhibit 11 | Photograph |
| Exhibit 12 | Photograph |
| Exhibit 13 | Photograph |
| Exhibit 14 | Photograph |
| Exhibit 15 | Photograph |
| Exhibit 16 | Photograph |
| Exhibit 17 | Photograph |

Dated:  February 2, 2022.         BARTH DALY LLP


By____/s/ Kresta Nora Daly_____
        KRESTA NORA DALY
        RICHARD G. NOVAK

Attorneys for JASON CORBETT

BARTH DALY LLP
ATTORNEYS AT LAW
DAVIS, CALIFORNIA