LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, California 95814
(916) 504-3933
toddleras@gmail.com
Attorney for Defendant
DANNY TROXELL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>DANNY TROXELL,<br><br>        Defendant. | Case No.: 2:19-cr-0107 KJM<br><br>ORDER TO FILE DOCUMENT UNDER SEAL<br><br><br>Date:   January 31, 2024<br>Time:  9:00 a.m.<br>Court: Chief Judge Kimberly J. Mueller |

    Pursuant to Local Rule 141(b) and based upon the representations contained in Defendant's Request to Seal, IT IS SO FOUND AND ORDERED THAT EXHIBIT A TO DEFENDANT'S BRIEF IN SUPPORT OF REQUEST FOR RELIEF FROM PREJUDICIAL JOINDER/RENEWED MOTION TO SEVER, shall be sealed until further order of this Court.

DATED: February 6, 2024.

_/s/ Kimberly J. Mueller_
CHIEF UNITED STATES DISTRICT JUDGE

REQUEST TO SEAL DOCUMENT
AND ORDER TO SEAL