UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

BEFORE THE HONORABLE KIMBERLY J. MUELLER



APR 3 0 2024

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:19-CR-0107-KJM |
| Plaintiff, | |
| v. | **EXHIBIT RECEIPT** |
| RONALD YANDELL, | |
| DANNY TROXELL, and | |
| WILLIAM SYLVESTER, | |
| Defendants. | |
| _____/ | |

At the conclusion of the trial, the trial exhibits on the attached list were returned to the undersigned party.

Dated: _4-30-24_                    _____

Jason Hitt / Ross Pearson / David Spencer

Attorney for the United States of America

Dated: _4-30 24_                    _____

Casey Schultz, Courtroom Deputy

NOTE: If exhibits are subsequently required for an appeal, review, or new trial, it shall be the specific responsibility of the recipient to maintain the exhibits for that purpose.

*United States of America v. Ronald Yandell, et al.*, 2:19-CR-00107-KJM

Trial Exhibit List

| EXHIBIT ID | DESCRIPTION | OFFERED | ADMITTED |
|---|---|---|---|
| 1 | Color photograph of Ronald Yandell (AB_00034359) | 2/27/2024 | 2/27/2024 |
| 2 | Color photograph of Billy Sylvester (AB_00034352) | 2/28/2024 | 2/28/2024 |
| 3 | Color photograph of Danny Troxell (AB_00034355) | 2/28/2024 | 2/28/2024 |
| 4 | Color photograph of Pat Brady (AB_00034326) | 2/28/2024 | 2/28/2024 |
| 5 | Color photograph of Jason Corbett (AB_00034329) | 2/28/2024 | 2/28/2024 |
| 6 | Color photograph of Matt Hall (AB_00034335) | 2/28/2024 | 2/28/2024 |
| 7 | Color photograph of Donald Mazza (AB_00034342) | 2/28/2024 | 2/28/2024 |
| 8 | Color photograph of Travis Burhop (AB_00034328) | 2/28/2024 | 2/28/2024 |
| 9 | Color photograph of Brant Daniel (AB_00034330) | 2/27/2024 | 2/27/2024 |
| 10 | Color photograph of Samuel Keeton (AB_00034339) | 3/5/2024 | 3/5/2024 |
| 11 | Color photograph of Justin Petty (AB_00034347) | 3/5/2024 | 3/5/2024 |
| 12 | Color photograph of Jeanna Quesenberry (AB_00108292) | 2/28/2024 | 2/28/2024 |
| 13 | Color photograph of Nickolas Perez (AB_00108294) | 3/12/2024 | 3/12/2024 |
| 14 | Color photograph of Kathleen Nolan (AB_00108293) | 3/12/2024 | 3/12/2024 |
| 15 | Color photograph of Sean MacNamara (AB_00034340) | 3/25/2024 | 3/25/2024 |
| 16 | Color photograph of Kenneth Kenwood Johnson (AB_00034337) | 3/4/2024 | 3/4/2024 |
| 17 | Color photograph of Doug Maynard (AB_00034341) | 3/4/2024 | 3/4/2024 |
| 18 | Color photograph of James Mickey (AB_00034344) | 2/29/2024 | 2/29/2024 |
| 19 | Color photograph of Paul Diaz (AB_00034331) | 3/4/2024 | 3/4/2024 |
| 20 | Color photograph of Michael Trippe (AB_00034353) | 2/29/2024 | 2/29/2024 |
| 21 | Color photograph of Waylon Pitchford (AB_00034349) | 2/27/2024 | 2/27/2024 |
| 22 | Color photograph of Jayson Weaver (AB_00034357) | 2/27/2024 | 2/27/2024 |

*United States of America v. Ronald Yandell, et al.,* 2:19-CR-00107-KJM

Trial Exhibit List

| EXHIBIT ID | DESCRIPTION | OFFERED | ADMITTED |
|---|---|---|---|
| 23 | Color photograph of Hugo Pinell (AB_00034348) | 2/27/2024 | 2/27/2024 |
| 24 | Color photograph of Zachary Scott (AB_00034360) | 3/7/2024 | 3/7/2024 |
| 25 | Color photograph of Donald Pequeen (AB_00034332) | 2/29/2024 | 2/29/2024 |
| 26 | Color photograph of Elliot Grizzle (AB_00034334) | 2/29/2024 | 2/29/2024 |
| 27 | Color photograph of Charles Demar (AB_00108304) | 3/11/2024 | 3/11/2024 |
| 33 | *(Demonstrative)* Map of California showing location of the defendants in 2016 (AB_00108295) | 2/28/2024 | 2/28/2024 |
| 34 | Color photograph of Antelope Ridge Apartments, 7757 Aspel Road, Menifee, California (AB_00108303) | 3/25/2024 | 3/25/2024 |
| 36 | Black HTC cell phone seized from cell shared by Yandell and Sylvester at CSP-Sacramento on 10-25-16 – 916-836-6149 (DEA Ex. N-140) (physical item) | 2/28/2024 | 2/28/2024 |
| 37 | *(Page 13)* Extraction report – Yandell's phone (916-836-6149) (related to DEA Ex. N-140) (AB_00027501) | 2/29/2024 | 2/29/2024 |
| 38 | Page 1 of extraction report showing Yandell's phone used 916-836-6149 (page 1 of pdf file in AB_00027501) | 2/29/2024 | 2/29/2024 |
| 39A | Redacted version of Ex. 39 | 2/29/2024 | 2/29/2024 |
| 44 | CD containing wiretap call – Call No. 260, 8-11-16<br>Clip 1: 31:40 –35:24 | 2/29/2024 | 2/29/2024 |
| 44A | Transcript of Call No. 260, Clip 1 | 2/29/2024 | 2/29/2024 |
| 45 | CD containing wiretap call – Call No. 260, 8-11-16<br>Clip 2: 38:00 –38:21 | 2/29/2024 | 2/29/2024 |
| 45A | Transcript of Call No. 260, Clip 2 | 2/29/2024 | 2/29/2024 |
| 46 | CD containing wiretap call – Call No. 8, 8-26-16<br>Clip 3: 11:49 – 13:00 | 2/29/2024 | 2/29/2024 |
| 46A | Transcript of Call No. 8, Clip 3 | 2/29/2024 | 2/29/2024 |
| 47 | CD containing wiretap call – Call No. 110, 8-28-16<br>Clip 2: 53:54 –55:23 | 2/29/2024 | 2/29/2024 |

*United States of America v. Ronald Yandell, et al.,* 2:19-CR-00107-KJM

Trial Exhibit List

| EXHIBIT ID | DESCRIPTION | OFFERED | ADMITTED |
|---|---|---|---|
| 47A | Transcript of Call No. 110, Clip 2 | 2/29/2024 | 2/29/2024 |
| 48 | Letter from Yandell to Dale Britches about killing Brant Daniel, seized 1/11/19 (AB_00034915) | 3/14/2024 | 3/14/2024 |
| 49 | CD containing wiretap call – Call No. 1744, 10-16-16 Clip 1: 4:47 – 7:58 | 2/29/2024 | 2/29/2024 |
| 49A | Transcript of Call No. 1744, Clip 1 | 2/29/2024 | 2/29/2024 |
| 51 | Video of Richardson Murder Clip: 1:00 – 2:56 | 2/26/2024 | 2/26/2024 |
| 52 | Photos of B Facility 3 Building Concrete Recreation Area (AB_00030742) | 2/26/2024 | 2/26/2024 |
| 53 | Photos of B Facility 3 Building Concrete Recreation Area (AB_00030743) | 2/26/2024 | 2/26/2024 |
| 54 | Photos of B Facility 3 Building Concrete Recreation Area (AB_00030743) | 2/26/2024 | 2/26/2024 |
| 55 | Photos of B Facility 3 Building Concrete Recreation Area (AB_00030744) | 2/26/2024 | 2/26/2024 |
| 56 | Photos of Richardson Murder Scene (AB_00030596) | 2/26/2024 | 2/26/2024 |
| 57 | Photos of Richardson Murder Scene (AB_00030597) | 2/26/2024 | 2/26/2024 |
| 58 | Photos of Richardson Murder Scene (AB_00030598) | 2/26/2024 | 2/26/2024 |
| 59 | Photos of Richardson Murder Scene (AB_00030598) | 2/26/2024 | 2/26/2024 |
| 60 | Photos of Richardson Murder Scene (AB_00030604) | 2/26/2024 | 2/26/2024 |
| 61 | Photos of Richardson Murder Scene  (AB_00030605) | 2/26/2024 | 2/26/2024 |
| 62 | Photos of Richardson Murder Scene (AB_00030606) | 2/26/2024 | 2/26/2024 |
| 63 | Photos of Richardson Murder Scene (AB_00030610) | 2/26/2024 | 2/26/2024 |
| 64 | Weapon Seized from Sylvester (Physical Exhibit) | 2/26/2024 | 2/26/2024 |
| 65 | Pre-Autopsy Photos of Richardson (AB_00030676) | 2/26/2024 | 2/26/2024 |
| 66 | Photos of Richardson Murder Scene (AB_00030590) | 2/26/2024 | 2/26/2024 |

*United States of America v. Ronald Yandell, et al.,* 2:19-CR-00107-KJM

Trial Exhibit List

| EXHIBIT ID | DESCRIPTION | OFFERED | ADMITTED |
|---|---|---|---|
| 67 | Pre-Autopsy Photos of Richardson (AB_00030678) | 2/26/2024 | 2/26/2024 |
| 68 | Pre-Autopsy Photos of Richardson (AB_00030679) | 2/26/2024 | 2/26/2024 |
| 69 | Pre-Autopsy Photos of Richardson (AB_00030680) | 2/26/2024 | 2/26/2024 |
| 71 | Pre-Autopsy Photos of Richardson (AB_00030685) | 2/26/2024 | 2/26/2024 |
| 72 | Pre-Autopsy Photos of Richardson (AB_00030686) | 2/26/2024 | 2/26/2024 |
| 73 | CD containing wiretap call – Call No. 86, 8-28-16 Clip 1: 12:27 – 12:52 | 2/29/2024 | 2/29/2024 |
| 73A | Transcript of Call No. 86, Clip 1 | 2/29/2024 | 2/29/2024 |
| 74 | Photos of Pinell Murder Scene (AB_00091238) | 3/7/2024 | 3/7/2024 |
| 75 | Photos of Pinell Murder Scene (AB_00091239) | 3/7/2024 | 3/7/2024 |
| 76 | CD containing wiretap call – Call No. 110, 8-28-16 Clip 5: 47:18 to 49:08 | 3/26/2024 | 3/26/2024 |
| 76A | Transcript of Call No. 110, Clip 5 | 3/26/2024 | 3/26/2024 |
| 77 | Photos of Pinell Murder Suspects (AB_00090270) | 3/7/2024 | 3/7/2024 |
| 78 | Photos of Pinell Murder Suspects (AB_00090271) | 3/7/2024 | 3/7/2024 |
| 79 | Photos of Pinell Murder Suspects (AB_00090272) | 3/7/2024 | 3/7/2024 |
| 80 | Photos of Pinell Murder Suspects (AB_00090272) | 3/7/2024 | 3/7/2024 |
| 81 | Photos of Pinell Murder Suspects (AB_00090275) | 3/7/2024 | 3/7/2024 |
| 82 | Photos of Pinell Murder Suspects (AB_00090277) | 3/7/2024 | 3/7/2024 |
| 83 | Photos of Weapons (AB_00091231) | 3/7/2024 | 3/7/2024 |
| 84 | Photos of Weapons (AB_00091234) | 3/7/2024 | 3/7/2024 |
| 85 | Photos of Weapons (AB_00091236) | 3/7/2024 | 3/7/2024 |
| 87 | Pinell Pre-Autopsy Photos (AB_00091223) | 3/14/2024 | 3/14/2024 |
| 88 | Reserved | 3/14/2024 | 3/14/2024 |

*United States of America v. Ronald Yandell, et al.,* 2:19-CR-00107-KJM

Trial Exhibit List

| EXHIBIT ID | DESCRIPTION | OFFERED | ADMITTED |
|---|---|---|---|
| 89 | Pinell Pre-Autopsy Photos (AB_00091231) | 3/14/2024 | 3/14/2024 |
| 90 | Pinell Pre-Autopsy Photos (AB_00089610) | 3/14/2024 | 3/14/2024 |
| 91 | Reserved | 3/14/2024 | 3/14/2024 |
| 92 | Pinell Pre-Autopsy Photos (AB_00089636) | 3/14/2024 | 3/14/2024 |
| 93 | Pinell Pre-Autopsy Photos (AB_00089637) | 3/14/2024 | 3/14/2024 |
| 94 | Reserved | 3/14/2024 | 3/14/2024 |
| 95 | Pinell Pre-Autopsy Photos (AB_00089651) | 3/14/2024 | 3/14/2024 |
| 96 | Pinell Pre-Autopsy Photos (AB_00089654) | 3/14/2024 | 3/14/2024 |
| 98 | Video of Riot (AB_00098869) | 3/11/2024 | 3/11/2024 |
| 99 | Video of Cleanup (AB_00098870) | 3/7/2024 | 3/7/2024 |
| 100 | CD containing wiretap call – Call No. 1744, 10-16-16 Clip 2: 1:38 – 3:32 | 2/29/2024 | 2/29/2024 |
| 100A | Transcript of Call No. 1744, Clip 2 | 2/29/2024 | 2/29/2024 |
| 111 | Photos of Scene of Maynard Stabbing (AB_00031811) | 3/14/2024 | 3/14/2024 |
| 112 | Photos of Scene of Maynard Stabbing (AB_00031811) | 3/14/2024 | 3/14/2024 |
| 115 | CD containing wiretap call – Call No. 193, 8-31-16 Clip 1: 0:00 – 2:54 | 3/7/2024 | 3/7/2024 |
| 115B | CD containing entire wiretap call – Call No. 193 | 3/5/2024 | 3/5/2024 |
| 117 | CD containing wiretap call – Call No. 260, 8-11-16 Clip 3: 49:43–50:59 | 2/29/2024 | 2/29/2024 |
| 117A | Transcript of Call No. 260, Clip 3 | 2/29/2024 | 2/29/2024 |
| 117.1 | CD containing wiretap call – Call No. 260, 8-11-16 Clip 4: 52:20–52:44 | 2/29/2024 | 2/29/2024 |
| 117.1A | Transcript of Call No. 260, Clip 4 | 2/29/2024 | 2/29/2024 |
| 117.2 | CD containing wiretap call – Call No. 260, 8-11-16 Clip 5: 1:13:17–1:14:04 | 2/29/2024 | 2/29/2024 |

*United States of America v. Ronald Yandell, et al.,* 2:19-CR-00107-KJM

Trial Exhibit List

| EXHIBIT ID | DESCRIPTION | OFFERED | ADMITTED |
|---|---|---|---|
| 117.2A | Transcript of Call No. 260, Clip 5 | 2/29/2024 | 2/29/2024 |
| 118 | CD containing wiretap call – Call No. 859, 8-20-16 Clip 1: 5:13 – 11:52 | 2/29/2024 | 2/29/2024 |
| 118A | Transcript of Call No. 859, Clip 1 | 2/29/2024 | 2/29/2024 |
| 119 | CD containing wiretap call – Call No. 859, 8-20-16 Clip 2: 18:20 – 19:48 | 2/29/2024 | 2/29/2024 |
| 119A | Transcript of Call No. 859, Clip 2 | 2/29/2024 | 2/29/2024 |
| 119.1 | CD containing wiretap call – Call No. 859, Clip 3: 22:24-23.23 | 2/29/2024 | 2/29/2024 |
| 119.1A | Transcript of Call No. 859, Clip 3: 22:24-23.23 | 2/29/2024 | 2/29/2024 |
| 120 | CD containing wiretap call – Call No. 871, 8-21-16 Clip 1: 6:24 – 10:10 | 2/29/2024 | 2/29/2024 |
| 120A | Transcript of Call No. 871, Clip 1 | 2/29/2024 | 2/29/2024 |
| 121 | CD containing wiretap call – Call No. 938, 8-22-16 Clip 1: Beginning – 4:13 | 2/29/2024 | 2/29/2024 |
| 121A | Transcript of Call No. 938, Clip 1 | 2/29/2024 | 2/29/2024 |
| 122 | CD containing wiretap call – Call No. 938, 8-22-16 Clip 2: 10:56 – End of call | 2/29/2024 | 2/29/2024 |
| 122A | Transcript of Call No. 938, Clip 2 | 2/29/2024 | 2/29/2024 |
| 123 | CD containing wiretap call – Call No. 897, 8-21-16 Clip 1: 0:00 to 0:37 | 2/29/2024 | 2/29/2024 |
| 123A | Transcript of Call No. 897, Clip 1 | 2/29/2024 | 2/29/2024 |
| 124 | CD containing wiretap call – Call No. 897, 8-21-16 Clip 2: 5:06 – 8:17 | 2/29/2024 | 2/29/2024 |
| 124A | Transcript of Call No. 897, Clip 2 | 2/29/2024 | 2/29/2024 |
| 125 | Text Messages from Sessions 872 – 896, 8-22-16 | 2/29/2024 | 2/29/2024 |
| 126 | CD containing wiretap call – Call No. 772, 8-19-16 Clip 1: 10:46 – 11:32 | 2/29/2024 | 2/29/2024 |

*United States of America v. Ronald Yandell, et al.,* 2:19-CR-00107-KJM

Trial Exhibit List

| EXHIBIT ID | DESCRIPTION | OFFERED | ADMITTED |
|---|---|---|---|
| 126A | Transcript of Call No. 772, Clip 1 | 2/29/2024 | 2/29/2024 |
| 127 | CD containing wiretap call – Call No. 110, 8-28-16 Clip 1: 10:02 –22:25 | 2/29/2024 | 2/29/2024 |
| 127A | Transcript of Call No. 110, Clip 1 | 2/29/2024 | 2/29/2024 |
| 128 | CD containing entire wiretap call – Call No. 193, 8-31-16 | 3/7/2024 | 3/7/2024 |
| 130 | CD containing wiretap call – Call No. 698, 9-23-16 Clip 1: 6:51 – 9:03 | 2/29/2024 | 2/29/2024 |
| 130A | [Reserved for Transcript of Call No. 698, Clip 1] | 2/29/2024 | 2/29/2024 |
| 131 | CD containing wiretap call – Call No. 1066, 10-1-16 Clip 1: 24:33 – 25:22 | 2/29/2024 | 2/29/2024 |
| 131A | Transcript of Call No. 1066, Clip 1 | 2/29/2024 | 2/29/2024 |
| 132 | CD containing wiretap call – Call No. 1327, 10-9-16 Clip 1: 7:40 – 8:52 | 2/29/2024 | 2/29/2024 |
| 132A | Transcript of Call No. 1327, Clip 1 | 2/29/2024 | 2/29/2024 |
| 133 | Photos of Maynard Murder Scene (AB_00031852) | 2/29/2024 | 2/29/2024 |
| 134 | Photos of Maynard Murder Scene (AB_00031853) | 2/29/2024 | 2/29/2024 |
| 135 | Photos of Maynard Murder Scene (AB_00031866) | 2/29/2024 | 2/29/2024 |
| 136 | Photos of Maynard Murder Scene (AB_00031867) | 2/29/2024 | 2/29/2024 |
| 138 | Photos of Maynard at Murder Scene (AB_00032831) | 3/19/2024 | 3/19/2024 |
| 139 | Photos of Bobby Stockton (AB_00031879) | 2/29/2024 | 2/29/2024 |
| 140 | Photos of Bobby Stockton (AB_00031887) | 2/29/2024 | 2/29/2024 |
| 141 | Photos of Bobby Stockton (AB_00031890) | 2/29/2024 | 2/29/2024 |
| 142 | Autopsy Photos of Maynard (AB_00032621) | 3/19/2024 | 3/19/2024 |
| 143 | Autopsy Photos of Maynard (AB_00032754) | 3/19/2024 | 3/19/2024 |
| 143.1 | CD containing wiretap call – Call No. 1917, 10-17-16 Clip 1: 6:12 to 9:58 | 3/26/2024 | 3/26/2024 |

7

*United States of America v. Ronald Yandell, et al.,* 2:19-CR-00107-KJM

Trial Exhibit List

| EXHIBIT ID | DESCRIPTION | OFFERED | ADMITTED |
|---|---|---|---|
| 143.1A | Transcript of Call No. 1917, Clip 1 | 3/26/2024 | 3/26/2024 |
| 144 | Photos of Location of Bradrich Shooting (AB_00034294) | 3/11/2024 | 3/11/2024 |
| 145 | Photos of Location of Bradrich Shooting (AB_00034294) | 3/11/2024 | 3/11/2024 |
| 146 | Photos of Location of Bradrich Shooting (AB_00034294) | 3/11/2024 | 3/11/2024 |
| 147 | Photos of Location of Bradrich Shooting (AB_00034294) | 3/14/2024 | 3/14/2024 |
| 148 | Photos of Location of Bradrich Shooting (AB_00034294) | 3/14/2024 | 3/14/2024 |
| 149 | Photos of Location of Bradrich Shooting (AB_00034294) | 3/14/2024 | 3/14/2024 |
| 150 | Photos of Location of Bradrich Shooting (AB_00034294) | 3/14/2024 | 3/14/2024 |
| 151 | Photos of Location of Bradrich Shooting (AB_00034294) | 3/14/2024 | 3/14/2024 |
| 152 | Photos of Location of Bradrich Shooting (AB_00034294) | 3/14/2024 | 3/14/2024 |
| 153 | Photos of Bradrich in Hospital (AB_00034295) | 3/11/2024 | 3/11/2024 |
| 154 | Photos of Bradrich in Hospital (AB_00034295) | 3/11/2024 | 3/11/2024 |
| 155 | Photos of Bradrich in Hospital (AB_00034295) | 3/11/2024 | 3/11/2024 |
| 156 | Photos of Bradrich in Hospital (AB_00034295) | 3/11/2024 | 3/11/2024 |
| 157 | Photos of Intended Victim (AB_00034296) | 3/11/2024 | 3/11/2024 |
| 158 | Photos of Intended Victim (AB_00034296) | 3/14/2024 | 3/14/2024 |
| 160 | CD containing wiretap call – Call No. 110, 8-28-16 Clip 3: 1:30 –2:13 | 2/29/2024 | 2/29/2024 |
| 160A | Transcript of Call No. 110, Clip 3 | 2/29/2024 | 2/29/2024 |
| 161 | CD containing wiretap call – Call No. 110, 8-28-16 Clip 4: 51:54–53:15 | 2/29/2024 | 2/29/2024 |
| 161A | Transcript of Call No. 110, Clip 4 | 2/29/2024 | 2/29/2024 |
| 162 | Video of Pequeen Murder, Camera Angle 1 Clip from 2:15:38 p.m. to 2:17:57 (AB_00101436) | 2/29/2024 | 2/29/2024 |
| 162A | Video of Pequeen Murder, Camera Angle 2 Clip from 2:15:50 p.m. to 2:17:15  (AB_00101437) | 2/29/2024 | 2/29/2024 |

*United States of America v. Ronald Yandell, et al.,* 2:19-CR-00107-KJM

Trial Exhibit List

| EXHIBIT ID | DESCRIPTION | OFFERED | ADMITTED |
|---|---|---|---|
| 162B | Still Photos from Video of Pequeen Murder (AB_00101436) | 2/29/2024 | 2/29/2024 |
| 162C | Still Photos from Video of Pequeen Murder (AB_00101436) | 2/29/2024 | 2/29/2024 |
| 162D | Still Photos from Video of Pequeen Murder (AB_00101436) | 2/29/2024 | 2/29/2024 |
| 162E | Still Photos from Video of Pequeen Murder (AB_00101436) | 2/29/2024 | 2/29/2024 |
| 162F | Still Photos from Video of Pequeen Murder (AB_00101436) | 2/29/2024 | 2/29/2024 |
| 162G | Still Photos from Video of Pequeen Murder (AB_00101436) | 2/29/2024 | 2/29/2024 |
| 162H | Still Photos from Video of Pequeen Murder (AB_00101436) | 2/29/2024 | 2/29/2024 |
| 162I | Still Photos from Video of Pequeen Murder (AB_00101436) | 2/29/2024 | 2/29/2024 |
| 162J | Still Photos from Video of Pequeen Murder (AB_00101436) | 2/29/2024 | 2/29/2024 |
| 163 | Photos of Scene of Pequeen Murder (AB_00102510) | 2/29/2024 | 2/29/2024 |
| 164 | Photos of Scene of Pequeen Murder (AB_00102587) | 2/29/2024 | 2/29/2024 |
| 165 | Photos of Scene of Pequeen Murder (AB_00102588) | 2/29/2024 | 2/29/2024 |
| 168 | Photos of Scene of Pequeen Murder (AB_00102593) | 2/29/2024 | 2/29/2024 |
| 169 | Photos of Corbett and Brady  (AB_00102622) | 2/29/2024 | 2/29/2024 |
| 170 | Photos of Corbett and Brady  (AB_00102626) | 2/29/2024 | 2/29/2024 |
| 171 | Photos of Corbett and Brady  (AB_00102662) | 2/29/2024 | 2/29/2024 |
| 172 | Photos of Corbett and Brady (AB_00102667) | 2/29/2024 | 2/29/2024 |
| 173 | Photos of Weapons (AB_00102603) | 2/29/2024 | 2/29/2024 |
| 174 | Photos of Weapons (AB_00102604) | 2/29/2024 | 2/29/2024 |
| 175 | Photos of Weapons (AB_00102605) | 2/29/2024 | 2/29/2024 |
| 176 | Photos of Weapons (AB_00102610) | 2/29/2024 | 2/29/2024 |
| 177 | Photos of Weapons (AB_00102611) | 2/29/2024 | 2/29/2024 |
| 178 | Photos of Weapons (AB_00102612) | 2/29/2024 | 2/29/2024 |

*United States of America v. Ronald Yandell, et al.,* 2:19-CR-00107-KJM

Trial Exhibit List

| Exhibit ID | Description | Offered | Admitted |
|---|---|---|---|
| 179 | Pre-Autopsy Photos of Pequeen (AB_00102367) | 2/29/2024 | 2/29/2024 |
| 180 | Pre-Autopsy Photos of Pequeen (AB_00102384) | 2/29/2024 | 2/29/2024 |
| 183 | Pre-Autopsy Photos of Pequeen (AB_00102394) | 2/29/2024 | 2/29/2024 |
| 186 | Pre-Autopsy Photos of Pequeen (AB_00102411) | 2/29/2024 | 2/29/2024 |
| 190 | Color photograph of car stopped with trunk opened (AB_00027533) | 3/27/2024 | 3/27/2024 |
| 191 | Color photograph of rear of car with trunk opened and spare tire removed (AB_00027519) | 3/27/2024 | 3/27/2024 |
| 192 | Color photograph of spare tire removed (AB_00027521) | 3/27/2024 | 3/27/2024 |
| 193 | Color photograph of bindles of cash and three cell phones (AB_00027534) | 3/27/2024 | 3/27/2024 |
| 194 | Color photograph of Perez's hotel room (AB_00027541) | 3/27/2024 | 3/27/2024 |
| 195 | Color photograph of Perez's hotel room (AB_00027543) | 3/27/2024 | 3/27/2024 |
| 196 | Color photograph of safe in Perez's hotel room (AB_00027546) | 3/27/2024 | 3/27/2024 |
| 197 | Color photograph of safe in Perez's hotel room (AB_00027547) | 3/27/2024 | 3/27/2024 |
| 198 | Color photograph of black box within safe in Perez's hotel room (AB_00027549) | 3/27/2024 | 3/27/2024 |
| 199 | Color photograph of black box removed from safe in Perez's hotel room (AB_00027550) | 3/27/2024 | 3/27/2024 |
| 200 | Color photograph of methamphetamine contained within black box (AB_00027551) | 3/27/2024 | 3/27/2024 |
| 201 | Color photograph of methamphetamine seized from within black box (AB_00027569) | 3/27/2024 | 3/27/2024 |
| 202 | Super 8 Motel receipt, Washington, Missouri, in the name of Nickolas Perez, dated 3-6-16 to 3-10-16 (AB_00027581) | 3/27/2024 | 3/27/2024 |
| 203 | Super 8 Motel receipt, Washington, Missouri, in the name of Nickolas Perez, dated 4-28-16 to 4-28-16 (AB_00027582) | 3/27/2024 | 3/27/2024 |
| 204 | Super 8 Motel receipt, Washington, Missouri, in the name of Nickolas Perez, dated 5-4-16 to 5-6-16 (AB_00027583) | 3/27/2024 | 3/27/2024 |

*United States of America v. Ronald Yandell, et al.,* 2:19-CR-00107-KJM

Trial Exhibit List

| EXHIBIT ID | DESCRIPTION | OFFERED | ADMITTED |
|---|---|---|---|
| 205 | Super 8 Motel receipt, Washington, Missouri, in the name of Nickolas Perez, dated 5-25-16 to 5-29-16 (AB_00027584-AB_00027586) | 3/27/2024 | 3/27/2024 |
| 206 | Surveillance photograph of 320 Los Animas Circle, Sacramento, on 7-11-16 (AB_00001536) | 3/18/2024 | 3/18/2024 |
| 207 | Surveillance photograph of Keeton during the drug deal on 7-11-16 (AB_00001574) | 3/28/2024 | 3/28/2024 |
| 208 | Color photograph of heroin purchased from Quesenberry on 7-11-16 (AB_00001530) | 3/18/2024 | 3/18/2024 |
| 209 | Color photograph of heroin purchased from Quesenberry on 7-11-16 (AB_00001531) | 3/18/2024 | 3/18/2024 |
| 210 | Color photograph of heroin purchased from Quesenberry on 7-11-16 (AB_00001532) | 3/18/2024 | 3/18/2024 |
| 213 | Heroin purchased from Quesenberry on 7-11-16 (DEA Ex. 31) (physical object) | 3/18/2024 | 3/18/2024 |
| 214 | CD containing wiretap call – Call No. 251, 7-21-16 Clip 1: 1:48 – 3:08 | 3/18/2024 | 3/18/2024 |
| 215 | Color photograph of heroin purchased from Quesenberry on 7-24-16 (AB_00001585) | 3/18/2024 | 3/18/2024 |
| 216 | Color photograph of heroin purchased from Quesenberry on 7-24-16 (AB_00001586) | 3/18/2024 | 3/18/2024 |
| 217 | Video of Matt Hall from Chevron gas station on 7-24-16 Clip: 22:47:18 – 22:47:32 (DEA Ex. N-109) (camera 1) (AB_00108291) | 3/27/2024 | 3/27/2024 |
| 218 | Still image of Matt Hall from Chevron gas station on 7-24-16  (DEA Ex. N-109) (camera 2) (AB_00108291) | 3/27/2024 | 3/27/2024 |
| 219 | Photo of 1084 Millet Way, Sacramento (AB_00094299) | 3/18/2024 | 3/18/2024 |
| 220 | Heroin purchased from Quesenberry on 7-24-16 (DEA Ex. 32) (physical object) | 3/18/2024 | 3/18/2024 |
| 221 | CD containing wiretap call – Call No. 120, 8-11-16 Clip 1: 00:00 – 02:38 | 3/18/2024 | 3/18/2024 |

11

*United States of America v. Ronald Yandell, et al.,* 2:19-CR-00107-KJM

Trial Exhibit List

| EXHIBIT ID | DESCRIPTION | OFFERED | ADMITTED |
|---|---|---|---|
| 222 | CD Containing wiretap call – Call No. 120, 8-11-16 Clip 2: 09:49 – 11:22 | 3/18/2024 | 3/18/2024 |
| 223 | CD Containing wiretap call – Call No. 123, 8-11-16 Clip 1: 00:00 – 02:40 | 3/18/2024 | 3/18/2024 |
| 223A | Transcript of Call No. 123, Clip 1 | 3/25/2024 | 3/25/2024 |
| 224 | CD containing wiretap call – Call No. 123, 8-11-16 Clip 2: 05:07 – 06:38 | 3/18/2024 | 3/18/2024 |
| 224A | Transcript of Call No. 123, Clip 2 | 3/25/2024 | 3/25/2024 |
| 225 | CD containing wiretap call – Call No. 123, 8-11-16 Clip 3: 08:14 – 09:20 | 3/18/2024 | 3/18/2024 |
| 225A | Transcript of Call No. 123, Clip 3 | 3/25/2024 | 3/25/2024 |
| 226 | CD containing wiretap call – Call No. 124, 8-11-16 Clip: 02:24 – 05:03 | 3/25/2024 | 3/25/2024 |
| 226A | Transcript of Call No. 124, Clip | 3/25/2024 | 3/25/2024 |
| 227 | CD containing wiretap call – 8-11-16 Entire call | 3/18/2024 | 3/18/2024 |
| 228 | CD containing wiretap call – Call No. 141, 8-11-16 Clip: 00:00 – 3:17 | 3/18/2024 | 3/18/2024 |
| 228A | Transcript of Call No. 141, Clip | 3/25/2024 | 3/25/2024 |
| 229 | CD containing wiretap call – Call No. 320, 8-12-16 Entire call | 3/18/2024 | 3/18/2024 |
| 229A | Transcript of Call No. 320 | 3/25/2024 | 3/25/2024 |
| 230 | CD containing wiretap call – Call No. 469, 8-14-16 Clip 1: 00:32 – 02:43 | 3/18/2024 | 3/18/2024 |
| 232 | CD containing wiretap call – Call No. 469, 8-14-16 Clip 3: 12:44 – 13:41 | 3/18/2024 | 3/18/2024 |
| 233 | CD containing wiretap call – Call No. 544, 8-16-16 Clip 1: 00:00 – 02:16 | 3/12/2024 | 3/12/2024 |
| 233A | Transcript of Call No. 544, Clip 1 | 3/12/2024 | 3/12/2024 |

*United States of America v. Ronald Yandell, et al.*, 2:19-CR-00107-KJM

Trial Exhibit List

| EXHIBIT ID | DESCRIPTION | OFFERED | ADMITTED |
|---|---|---|---|
| 234 | CD containing wiretap call – Call No. 544, 8-16-16 Clip 2: 05:45 – 06:54 | 3/12/2024 | 3/12/2024 |
| 234A | Transcript of Call No. 544, Clip 2 | 3/12/2024 | 3/12/2024 |
| 235 | CD containing wiretap call – Call No. 544, 8-16-16 Clip 3: 07:31 – 08:07 | 3/12/2024 | 3/12/2024 |
| 235A | Transcript of Call No. 544, Clip 3 | 3/12/2024 | 3/12/2024 |
| 236 | CD containing wiretap call – Call No. 544, 8-16-16 Clip 4: 09:56 – 12:00 | 3/12/2024 | 3/12/2024 |
| 236A | Transcript of Call No. 544, Clip 4 | 3/12/2024 | 3/12/2024 |
| 237 | Video of Demar smuggling contraband into Sylvester at CSP-Sacramento on 8-11-16 – Clip 1: 11:31:03 – 11:32:21 (AB_00029004) | 3/11/2024 | 3/11/2024 |
| 238 | Video of Demar smuggling contraband into Sylvester at CSP-Sacramento on 8-11-16 – Clip 2: 12:13:05 – 12:14:53 (AB_00029007) | 3/11/2024 | 3/11/2024 |
| 239 | Video of Demar smuggling contraband into Sylvester at CSP-Sacramento on 8-11-16 – Clip 3: 12:31:04 – 12:34:56 (AB_00029008) | 3/11/2024 | 3/11/2024 |
| 240 | Video of Demar smuggling contraband into Sylvester at CSP-Sacramento on 8-11-16 – Clip 4: 12:35:31 – 12:37:03 (AB_00029009) | 3/11/2024 | 3/11/2024 |
| 241 | Video of Demar smuggling contraband into Sylvester at CSP-Sacramento on 8-11-16 – Clip 5: 12:39:56 – 12:40:24 (AB_00029009) | 3/11/2024 | 3/11/2024 |
| 242 | Video of Demar smuggling contraband into Sylvester at CSP-Sacramento on 8-11-16 – Clip 6: 12:40:44 – 12:40:54 (AB_00029009) | 3/11/2024 | 3/11/2024 |
| 243 | Video of Demar smuggling contraband into Sylvester at CSP-Sacramento on 8-11-16 – Clip 7: 12:42:41 – 12:45:52 (AB_00029009) | 3/11/2024 | 3/11/2024 |
| 244 | Video of Demar smuggling contraband into Sylvester at CSP-Sacramento on 8-11-16 – Clip 8: 12:50:01 – 12:50:10 (AB_00029010) | 3/11/2024 | 3/11/2024 |

*United States of America v. Ronald Yandell, et al.,* 2:19-CR-00107-KJM

Trial Exhibit List

| Exhibit ID | Description | Offered | Admitted |
|---|---|---|---|
| 245 | Video of Demar smuggling contraband into Sylvester at CSP-Sacramento on 8-11-16 – Clip 9: 12:51:09 – 12:51:24 (AB_00029010) | 3/11/2024 | 3/11/2024 |
| 246 | Video of Demar smuggling contraband into Sylvester at CSP-Sacramento on 8-11-16 – Clip 10: 13:58:08 – 13:59:08 (AB_00029014) | 3/11/2024 | 3/11/2024 |
| 249 | Color photograph of Sylvester after receiving contraband from Demar on 8-11-16 (AB_00029038) | 3/7/2024 | 3/7/2024 |
| 250 | Color photograph of Sylvester after receiving contraband from Demar on 8-11-16 (AB_00029038) | 3/7/2024 | 3/7/2024 |
| 251 | Color photograph showing where Sylvester hid the cellphones in his clothing on 8-11-16 (AB_00029039) | 3/7/2024 | 3/7/2024 |
| 252 | Color photograph showing where Sylvester hid the cellphones in his clothing on 8-11-16 (AB_00029039) | 3/7/2024 | 3/7/2024 |
| 253 | Color photographs of contraband seized from Sylvester's person on 8-11-16 (AB_00029032) | 3/7/2024 | 3/7/2024 |
| 254 | Color photograph of positive methamphetamine result from contraband seized from Sylvester's person on 8-11-16 (AB_00029034) | 3/7/2024 | 3/7/2024 |
| 255 | Color photograph of Kevin MacNamara's wheelchair after smuggling contraband to Sylvester on 8-11-16 (AB_00029041) | 3/11/2024 | 3/11/2024 |
| 256 | Color photographs of phone chargers and packaging from contraband smuggled to Sylvester on 8-11-16 (AB_00029042) | 3/11/2024 | 3/11/2024 |
| 257 | CDCR record of Demar's "legal" visits with Sylvester between 2/11/16 and 8/11/16 (AB_0029079) | 3/11/2024 | 3/11/2024 |
| 259 | Surveillance photo of Sienna van parked at CSP-Sacramento in connection with visit to Sylvester on 8-11-16 (AB_00001591) | 3/11/2024 | 3/11/2024 |
| 260 | Surveillance photo of Demar and MacNamara at CSP-Sacramento on 8-11-16 (AB_00001593) | 3/11/2024 | 3/11/2024 |
| 261 | Surveillance of Demar and MacNamara at CSP-Sacramento on 8-11-16 (AB_00001596) | 3/11/2024 | 3/11/2024 |
| 262 | Surveillance of Demar and MacNamara at CSP-Sacramento on 8-11-16 (AB_00001597) | 3/11/2024 | 3/11/2024 |

*United States of America v. Ronald Yandell, et al.,* 2:19-CR-00107-KJM

Trial Exhibit List

| EXHIBIT ID | DESCRIPTION | OFFERED | ADMITTED |
|---|---|---|---|
| 265 | CD containing wiretap call – Call No. 573, 8-16-16 Clip 1: 00:00 to 2:15 | 3/12/2024 | 3/12/2024 |
| 265A | Transcript of Call No. 573, Clip | 3/12/2024 | 3/12/2024 |
| 266 | CD containing wiretap call – Call No. 1533, 10-12-16 Clip 1: 0:15 to 2:40 | 3/27/2024 | 3/27/2024 |
| 267 | CD containing wiretap call – Call No. 1789, 10-17-16 Clip 1: 0:15 to 2:40 | 3/27/2024 | 3/27/2024 |
| 270 | Color photograph of donut box used to conceal heroin sold by Quesenberry on 8-12-16 (AB_00001626) | 3/19/2024 | 3/19/2024 |
| 271 | Color photograph of donut box used to conceal heroin sold by Quesenberry on 8-12-16 (AB_00001628) | 3/19/2024 | 3/19/2024 |
| 272 | Color photograph of baggies containing heroin purchased from Quesenberry on 8-12-16 (AB_00001629) | 3/19/2024 | 3/19/2024 |
| 273 | Color photograph of heroin purchased from Quesenberry on 8-12-16 (AB_00001631) | 3/19/2024 | 3/19/2024 |
| 274 | Color photograph of heroin purchased from Quesenberry on 8-12-16 (AB_00001635) | 3/19/2024 | 3/19/2024 |
| 276 | Heroin purchased from Quesenberry on 8-12-16 (DEA Ex. 33) (physical object) | 3/19/2024 | 3/19/2024 |
| 277 | Heroin purchased from Quesenberry on 8-12-16 (DEA Ex. 34) (physical object) | 3/19/2024 | 3/19/2024 |
| 280 | CD containing wiretap call – Call No. 232, 8-11-16 Clip 1: 01:04 – 02:09 | 3/18/2024 | 3/18/2024 |
| 281 | CD containing wiretap call – Call No. 232, 8-11-16 Clip 2: 05:30 – 07:55 | 3/18/2024 | 3/18/2024 |
| 282 | CD Containing wiretap call – Call No. 232, 8-11-16 Clip 3: 08:43 – 10:23 | 3/18/2024 | 3/18/2024 |
| 283 | CD Containing wiretap call – Call No. 232, 8-11-16 Clip 4: 12:27 – 13:12 | 3/18/2024 | 3/18/2024 |
| 284 | CD containing wiretap call – Call No. 544, 8-16-16 Clip 5: 12:20 – 17:38 | 3/12/2024 | 3/12/2024 |
| 284A | Transcript of Call No. 544, Clip 5 | 3/12/2024 | 3/12/2024 |
| 285 | CD containing wiretap call – Call No. 736, 8-18-16 Clip 1: 00:00 – 06:41 | 3/18/2024 | 3/18/2024 |

*United States of America v. Ronald Yandell, et al.,* 2:19-CR-00107-KJM

Trial Exhibit List

| EXHIBIT ID | DESCRIPTION | OFFERED | ADMITTED |
|---|---|---|---|
| 286 | CD containing wiretap call – Call No. 771, 8-19-16<br>Clip: 1: 00:52 – END | 3/12/2024 | 3/12/2024 |
| 286A | Transcript of Call No. 771, Clip 1 | 3/12/2024 | 3/12/2024 |
| 287 | CD containing wiretap call – 8-29-16<br>Clip 1: 02:05 – 03:34 | 3/18/2024 | 3/18/2024 |
| 288 | CD containing wiretap call – 8-30-16<br>Clip 1: 02:11 – END | 3/18/2024 | 3/18/2024 |
| 290 | CD containing wiretap call – 9-2-16<br>Entire call | 3/18/2024 | 3/18/2024 |
| 291 | CD containing wiretap call – 9-2-16<br>Entire call | 3/18/2024 | 3/18/2024 |
| 292 | Color photograph of box containing contraband sent to CSP-Sacramento for Yandell on 9-2-16 (AB_00029154) | 3/7/2024 | 3/7/2024 |
| 293 | Color photograph of box containing contraband sent to CSP-Sacramento for Yandell on 9-2-16 (AB_00029157) | 3/7/2024 | 3/7/2024 |
| 294 | Color photograph showing contents of box containing contraband sent to CSP-Sacramento for Yandell on 9-2-16 (AB_00029158) | 3/7/2024 | 3/7/2024 |
| 295 | Color photograph showing Oatmeal Creme Pies box within box containing contraband sent to CSP-Sacramento for Yandell on 9-2-16 (AB_00029161) | 3/7/2024 | 3/7/2024 |
| 296 | Color photograph showing contents of Oatmeal Creme Pies box within box containing contraband sent to CSP-Sacramento for Yandell on 9-2-16 (AB_00029162) | 3/7/2024 | 3/7/2024 |
| 297 | Color photograph showing contraband recovered box sent to CSP-Sacramento for Yandell on 9-2-16 (AB_00029168) | 3/7/2024 | 3/7/2024 |
| 298 | Heroin seized from CSP-Sac package on 9-2-16 (DEA Ex. 35) (physical object) | 3/18/2024 | 3/18/2024 |
| 299 | Methamphetamine seized from CSP-Sac package on 9-2-16 (DEA Ex. 36) (physical object) | 3/18/2024 | 3/18/2024 |
| 300 | CD containing wiretap call – 10-6-16<br>Entire call | 3/18/2024 | 3/18/2024 |
| 301 | CD containing wiretap call – 10-6-16<br>Entire call | 3/18/2024 | 3/18/2024 |

*United States of America v. Ronald Yandell, et al.,* 2:19-CR-00107-KJM

Trial Exhibit List

| EXHIBIT ID | DESCRIPTION | OFFERED | ADMITTED |
|---|---|---|---|
| 302 | CD containing wiretap call – 10-10-16<br>Entire call | 3/18/2024 | 3/18/2024 |
| 303 | Color photograph of box containing contraband sent to High Desert for Corbett on 9-6-16 (AB_00029177) | 3/14/2024 | 3/14/2024 |
| 304 | Color photograph of box containing contraband opened up (AB_00029185) | 3/14/2024 | 3/14/2024 |
| 305 | Color photograph showing box containing contraband with Brownies, Honey Buns, Folgers, and Ramen (AB_00029186) | 3/14/2024 | 3/14/2024 |
| 306 | Color photograph showing box's contents removed (AB_00029187) | 3/14/2024 | 3/14/2024 |
| 307 | Color photograph showing contraband removed from Fudge Brownies box (AB_00029194) | 3/14/2024 | 3/14/2024 |
| 308 | Color photograph showing close up of cell phone removed from box (AB_00029197) | 3/14/2024 | 3/14/2024 |
| 309 | Color photograph showing functioning cell phone removed from box (AB_00029198) | 3/14/2024 | 3/14/2024 |
| 310 | Color photograph showing contraband removed from Oatmeal Creme Pies box (AB_00029223) | 3/14/2024 | 3/14/2024 |
| 311 | Color photograph showing contraband removed from Oatmeal Creme Pies box (AB_00029224) | 3/14/2024 | 3/14/2024 |
| 312 | Color photograph showing heroin removed from Oatmeal Creme Pies box (AB_00029226) | 3/14/2024 | 3/14/2024 |
| 313 | Color photograph showing cell phone removed from Oatmeal Creme Pies box (AB_00029233) | 3/14/2024 | 3/14/2024 |
| 314A | Heroin seized from High Desert package on 9-6-16 (DEA Ex. 53) (physical object) | 3/18/2024 | 3/18/2024 |
| 314B | Methamphetamine seized from High Desert package on 9-6-16 (DEA Ex. 54) (physical object) | 3/18/2024 | 3/18/2024 |
| 315 | CD containing wiretap call – Call No. 770, 8-19-16<br>Entire call | 3/12/2024 | 3/12/2024 |
| 315A | Transcript of Call No. 770 | 3/12/2024 | 3/12/2024 |

*United States of America v. Ronald Yandell, et al.,* 2:19-CR-00107-KJM

Trial Exhibit List

| EXHIBIT ID | DESCRIPTION | OFFERED | ADMITTED |
|---|---|---|---|
| 317 | CD containing wiretap call – 8-27-16<br>Clip 1: 02:05 – 03:28 | 2/29/2024 | 2/29/2024 |
| 317A | Transcript of Ex. 317 | 2/29/2024 | 2/29/2024 |
| 318 | CD containing wiretap call – 8-27-16<br>Clip 2: 15:42 – 16:33 | 3/12/2024 | 3/12/2024 |
| 318A | Transcript of Call Ex. 318 | 3/12/2024 | 3/12/2024 |
| 319 | CD containing wiretap call – 8-27-16<br>Clip 3: 17:24 – 22:42 | 3/12/2024 | 3/12/2024 |
| 319A | Transcript of Ex. 319 | 3/12/2024 | 3/12/2024 |
| 320 | CD containing wiretap call – 8-27-16<br>Clip 4: 25:53 – 27:44 | 2/29/2024 | 2/29/2024 |
| 320A | Transcript of Ex. 320 | 2/29/2024 | 2/29/2024 |
| 321 | CD containing wiretap call – 8-27-16<br>Clip 5: 31:47 – 35:30 | 3/12/2024 | 3/12/2024 |
| 321A | Transcript of Ex. 321 | 3/12/2024 | 3/12/2024 |
| 322 | CD containing wiretap call – 8-27-16<br>Clip 6: 45:13 – 47:55 | 3/12/2024 | 3/12/2024 |
| 322A | Transcript of Ex. 322 | 3/12/2024 | 3/12/2024 |
| 323 | CD containing wiretap call – 8-27-16<br>Clip 7: 48:30 – 57:20 | 3/12/2024 | 3/12/2024 |
| 323A | Transcript of Ex. 323 | 3/12/2024 | 3/12/2024 |
| 324 | CD containing wiretap call – Call No. 86, 8-28-16 (Diaz murder conspiracy)<br>Clip 1: 06:33 to 07:41 | 2/29/2024 | 2/29/2024 |
| 324A | Transcript of Call No. 86, Clip 1 | 2/29/2024 | 2/29/2024 |
| 325 | CD containing wiretap call – 8-27-16<br>Clip 8: 1:34:55 – 1:36:40 | 2/29/2024 | 2/29/2024 |
| 325A | Transcript of Ex. 325 | 2/29/2024 | 2/29/2024 |

*United States of America v. Ronald Yandell, et al.,* 2:19-CR-00107-KJM

Trial Exhibit List

| Exhibit ID | Description | Offered | Admitted |
|---|---|---|---|
| 326 | Methamphetamine seized from Perez in Vegas on 10-21-16 (DEA Ex. 48) (physical item) | 3/26/2024 | 3/26/2024 |
| 326A | Original Packaging of the Methamphetamine seized from Perez in Vegas on 10-21-16 (DEA Ex. 48) (physical item) | 3/27/2024 | 3/27/2024 |
| 327 | Methamphetamine seized from Perez in Vegas on 10-21-16 (DEA Ex. 49) (physical item) | 3/26/2024 | 3/26/2024 |
| 329 | Methamphetamine seized from 7960 Ferndale Drive, Fontana, on 10-24-16 (DEA Ex. 42 – Case No. R7-15-0040) (physical item) | 3/26/2024 | 3/26/2024 |
| 330 | Methamphetamine seized from 7960 Ferndale Drive, Fontana, on 10-24-16 (DEA Ex. 43 – Case No. R7-15-0040) (physical item) | 3/26/2024 | 3/26/2024 |
| 331 | Heroin seized from 7960 Ferndale Drive, Fontana, on 10-24-16 (DEA Ex. 44 – Case No. R7-15-0040) (physical item) | 3/26/2024 | 3/26/2024 |
| 332 | Cocaine seized from 7960 Ferndale Drive, Fontana, on 10-24-16 (DEA Ex. 46 – Case No. R7-15-0040) (physical item) | 3/26/2024 | 3/26/2024 |
| 334 | Surveillance photograph of Nickolas Perez's Suzuki Equator prior first drug deal on 10-18-16 (AB_00001760) | 3/28/2024 | 3/28/2024 |
| 336 | Color photograph of brown bag containing heroin purchased from Quesenberry during first deal on 10-18-16 (AB_00001728) | 3/19/2024 | 3/19/2024 |
| 337 | Color photograph of white heroin and tar heroin purchased from Quesenberry during first deal on 10-18-16 (AB_00001729) | 3/19/2024 | 3/19/2024 |
| 338 | Heroin purchased during first heroin deal on 10-18-16 (DEA Ex. 39) (physical object) | 3/19/2024 | 3/19/2024 |
| 339 | Heroin purchased during first heroin deal on 10-18-16 (DEA Ex. 40) (physical object) | 3/25/2024 | 3/25/2024 |
| 341 | Color photograph of heroin purchased from Quesenberry during second deal on 10-18-16 (AB_00001736) | 3/19/2024 | 3/19/2024 |
| 342 | Color photograph of heroin purchased from Quesenberry during second deal on 10-18-16 (AB_00001741) | 3/19/2024 | 3/19/2024 |
| 343 | Heroin purchased during second heroin deal on 10-18-16 (DEA Ex. 41) (physical object) | 3/25/2024 | 3/25/2024 |

*United States of America v. Ronald Yandell, et al.,* 2:19-CR-00107-KJM

Trial Exhibit List

| EXHIBIT ID | DESCRIPTION | OFFERED | ADMITTED |
|---|---|---|---|
| 344 | Color photograph of Hawthorn Suites with Chevron in background | 3/27/2024 | 3/27/2024 |
| 345 | Color photographs showing shamrocks on back of Yandell's head (AB_00104085) | 3/28/2024 | 3/28/2024 |
| 346 | Color photograph showing Sylvester's right thigh without shamrock tattoo in 2009 (AB_00104023) | 3/28/2024 | 3/28/2024 |
| 347 | Color photographs showing two large shamrocks on Sylvester's thighs (AB_00104000) | 3/14/2024 | 3/14/2024 |
| 348 | Color photographs showing two large shamrocks on Sylvester's thighs (AB_00104000) | 3/14/2024 | 3/14/2024 |
| 349 | Color photographs showing shamrock displayed outside of cell for Sylvester and Yandell (AB_00104009) | 3/14/2024 | 3/14/2024 |
| 350 | Color photograph showing Troxell's right arm with shamrock and "666" tattoo (AB_00104054) | 3/28/2024 | 3/28/2024 |
| 363 | Black and white photograph showing back of Matt Hall's jacket reading "Peni Death Squad CYCO" (AB_00029339) | 3/5/2024 | 3/5/2024 |
| 370 | Picture of Troxell with wife (AB_00108306) | 3/6/2024 | 3/6/2024 |
| 375 | Photos of Scott Murder | 3/18/2024 | 3/18/2024 |
| 376 | Photos of Scott Murder | 3/18/2024 | 3/18/2024 |
| 377 | Photos of Scott Murder | 3/18/2024 | 3/18/2024 |
| 378 | Photos of Scott Murder | 3/18/2024 | 3/18/2024 |
| 379 | Photos of Scott Murder | 3/18/2024 | 3/18/2024 |
| 383 | Photos of Scott Murder | 3/6/2024 | 3/6/2024 |
| 384 | Photos of Scott Murder | 3/7/2024 | 3/7/2024 |
| 385 | Photos of Scott Murder | 3/7/2024 | 3/7/2024 |
| 388 | Photos of Scott Murder | 3/18/2024 | 3/18/2024 |
| 389 | Photos of Scott Murder | 3/6/2024 | 3/6/2024 |
| 391 | CD containing wiretap call – Call No. 1351, 10-9-2016 Clip 1: 7:15 to 8:08 | 2/29/2024 | 2/29/2024 |

*United States of America v. Ronald Yandell, et al.,* 2:19-CR-00107-KJM

Trial Exhibit List

| Exhibit ID | Description | Offered | Admitted |
|---|---|---|---|
| 391A | Transcript of Call No. 1351, Clip 1 | 2/29/2024 | 2/29/2024 |
| 392 | CD containing wiretap call – Call No. 1351, 10-9-2016 Clip 2: 9:49 to 13:54 | 2/29/2024 | 2/29/2024 |
| 392A | Transcript of Call No. 1351, Clip 2 | 2/29/2024 | 2/29/2024 |
| 393 | CD containing wiretap call – Call No. 1351, 10-9-2016 Clip 3: 27:00 to End | 2/29/2024 | 2/29/2024 |
| 393A | Transcript of Call No. 1351, Clip 3 | 2/29/2024 | 2/29/2024 |
| 400 | Video clip of Yandell assault on 7-11-20 Clip: 00:00–02:10 (AB_00087406) | 3/28/2024 | 3/28/2024 |
| 402 | Photo of Stringfellow Murder Scene | 3/14/2024 | 3/14/2024 |
| 403 | Photo of Stringfellow Murder Scene | 3/14/2024 | 3/14/2024 |
| 404 | Photo of Stringfellow Murder Scene | 3/14/2024 | 3/14/2024 |
| 407 | Photo of Stringfellow Murder Scene | 3/14/2024 | 3/14/2024 |
| 408 | Video of Stringfellow Murder (2:21:34 to 2:23:10) | 3/7/2024 | 3/7/2024 |
| 410 | Portions of JPay Records from Jonathan Suggs | 3/6/2024 | 3/6/2024 |
| 411 | Color photograph of Ronald Richardson | 2/26/2024 | 2/26/2024 |
| 412 | *(Demonstrative Only)* Murders and Murder Plots Timeline | Not Admitted | Not Admitted |
| 413 | *(Demonstrative)* Wiretap Seizures Timeline | 2/28/2024 | 2/28/2024 |
| 414 | Color photograph of shamrock tattoo on government witness | 2/27/2024 | 2/27/2024 |
| 415 | Color photograph of Kenneth May (related to the Leonard Bradrich shooting) | 3/11/2024 | 3/11/2024 |
| 416 | Stipulation of testimony for Dr. Venus Azar – pathologist for victim Zachary Scott | 3/7/2024 | 3/7/2024 |
| 417 | CD containing wiretap call – Call No. 1449, 10-11-16 Clip 1: 17:52 to 18:06 | 3/26/2024 | 3/26/2024 |
| 417A | Transcript of Call No. 1499, Clip 1 | 3/26/2024 | 3/26/2024 |
| 418 | Text Messages from Sessions 909 and 910, 9-27-16 | 3/26/2024 | 3/26/2024 |

*United States of America v. Ronald Yandell, et al.,* 2:19-CR-00107-KJM

Trial Exhibit List

| EXHIBIT ID | DESCRIPTION | OFFERED | ADMITTED |
|---|---|---|---|
| 419 | Color photograph of 8 West within Sacramento County Jail | 3/13/2024 | 3/13/2024 |
| 420 | Yandell handwriting exemplar | 3/14/2024 | 3/14/2024 |
| 421 | CD containing wiretap call – Call No. 234, 9-2-16 Clip 1: 0:00 to 1:48 | 3/26/2024 | 3/26/2024 |
| 421A | Transcript of Call No. 234, Clip 1 | 3/26/2024 | 3/26/2024 |
| 422 | Photo of Yandell and Cisneros from January 2019 Cisneros Cell Search | 3/14/2024 | 3/14/2024 |
| 423 | *(Page 26, Redacted)* Burhop Autobiography, page 26 (AB_JENCKS_00004214) | 3/14/2024 | 3/14/2024 |
| 424 | *(Demonstrative Only)*  DEA Exhibits – Timeline of Seizures | Not Admitted | Not Admitted |
| 426A | Still Image from Surveillance Video – 9/22/2016 Residence Inn Natomas Parking Lot (AB_00094826) | 3/28/2024 | 3/28/2024 |
| 426B | Still Image from Surveillance Video – 9/22/2016 Residence Inn Natomas Parking Lot (AB_00094826) | 3/28/2024 | 3/28/2024 |
| 426C | Still Image from Surveillance Video – 9/22/2016 Residence Inn Natomas Parking Lot (AB_00094826) | 3/27/2024 | 3/27/2024 |
| 426D | Still Image from Surveillance Video – 9/22/2016 Residence Inn Natomas Parking Lot (AB_00094826) | 3/27/2024 | 3/27/2024 |
| 426E | Still Image from Surveillance Video – 9/22/2016 Residence Inn Natomas Parking Lot (AB_00094826) | 3/28/2024 | 3/28/2024 |
| 427 | Zachary Scott Phots Stipulation | 3/18/2024 | 3/18/2024 |
| 428 | Stipulation re Patel Super 8 Motel Testimony | 3/27/2024 | 3/27/2024 |
| 429 | Yandell Inmate Movement Records | 3/26/2024 | 3/26/2024 |
| 430 | Sylvester Inmate Movement Records | 3/26/2024 | 3/26/2024 |
| 434 | Stipulation Regarding Yandell Tattoo Photo | 3/28/2024 | 3/28/2024 |
| 435 | Stipulation Regarding Sylvester Photos | 3/28/2024 | 3/28/2024 |
| 436 | Portion of Criminal Complaint Affidavit Summarizing Maynard Murder | 3/25/2024 | 3/25/2024 |

*United States of America v. Ronald Yandell, et al.,* 2:19-CR-00107-KJM

Trial Exhibit List

| EXHIBIT ID | DESCRIPTION | OFFERED | ADMITTED |
|:---:|:---|:---:|:---:|
| 437 | Stipulation Regarding Troxell Tattoo Photo | 3/28/2024 | 3/28/2024 |