UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BEFORE THE HONORABLE KIMBERLY J. MUELLER



FILED
APR 30 2024
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

UNITED STATES OF AMERICA,

        Plaintiff,

v.

RONALD YANDELL,
DANNY TROXELL, and
WILLIAM SYLVESTER,

        Defendants.
_____/

Case No. 2:19-CR-0107-KJM

**EXHIBIT RECEIPT**

At the conclusion of the trial, the trial exhibits on the attached list were returned to the undersigned party.

Dated: 4/30/2024

_____
Steven Kalar / Sean McClelland / Brian Pugh
Attorney for Defendant William Sylvester

Dated: 4-30-24

_____
Casey Schultz, Courtroom Deputy

NOTE: If exhibits are subsequently required for an appeal, review, or new trial, it shall be the specific responsibility of the recipient to maintain the exhibits for that purpose.

*United States of America v. Ronald Yandell, et al.*, 2:19-CR-00107-KJM

Trial Exhibit List

| EXHIBIT ID | DESCRIPTION | OFFERED | ADMITTED |
|---|---|---|---|
| RY-1 | Picture of Gary Littrell | 2/27/2024 | 2/27/2024 |
| RY-35 | Confidential Memorandum | 4/2/2024 | |
| RY-87 | Image of Aryn Glenn | 3/13/2024 | 3/13/2024 |
| RY-88 | Image of Bryan Cook | 3/13/2024 | 3/13/2024 |
| RY-92 | Photo of Jason Comins "Powder" | 3/13/2024 | 3/13/2024 |
| RY-93 | Photo of Travis Burhop's Mother's House | 3/13/2024 | 3/13/2024 |
| RY-101 | Folsom/Maynard Knife | 3/28/2024 | 3/28/2024 |
| RY-131 | Stipulation of Facts (Exhibit RY-131) | 4/22/2024 | 4/22/2024 |

1