

**FILED**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

BEFORE THE HONORABLE KIMBERLY J. MUELLER

APR 3 0 2024

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES OF AMERICA,

Plaintiff,

v.

RONALD YANDELL,

DANNY TROXELL, and

WILLIAM SYLVESTER,

Defendants.

_____/

Case No. 2:19-CR-0107-KJM

**EXHIBIT RECEIPT**

At the conclusion of the trial, the trial exhibits on the attached list were returned to the undersigned party.

Dated: 4-30-24

Todd Leras

Attorney for Defendant Danny Troxell

Dated: 4-30-24

Casey Schultz, Courtroom Deputy

NOTE: If exhibits are subsequently required for an appeal, review, or new trial, it shall be the specific responsibility of the recipient to maintain the exhibits for that purpose.

*United States of America v. Ronald Yandell, et al.,* 2:19-CR-00107-KJM

Trial Exhibit List

| EXHIBIT ID | DESCRIPTION | OFFERED | ADMITTED |
|---|---|---|---|
| DT-1 | "Agreement to End Hostilities" | 3/6/2024 | 3/6/2024 |
| DT-11 | Transcript of Portions of Wiretap Call, Dated September 6, 2016 at 20:31:42 Hours, Between Ronald Yandell and Brant Daniel | 3/27/2024 | 3/27/2024 |
| DT-11.1 | Audio Clips of Portions of Wiretap Call, Dated September 6, 2016 at 20:31:42 Hours, Between Ronald Yandell and Brant Daniel | 3/27/2024 | 3/27/2024 |
| DT-12 | Transcript of Portions of Wiretap Call, Dated September 9, 2016 at 17:02:07 Hours, Between Ronald Yandell and Brant Daniel | 3/27/2024 | 3/27/2024 |
| DT-12.1 | Audio Clips of Portions of Wiretap Call, Dated September 9, 2016 at 17:02:07 Hours, Between Ronald Yandell and Brant Daniel | 3/27/2024 | 3/28/2024 |
| DT-13 | Transcript of Portions of Wiretap Call, Dated August 21, 2016 at 21:02:56 Hours, Between Ronald Yandell and Jason "Jake" Corbett. | 3/27/2024 | 3/27/2024 |
| DT-13.1 | Audio Clips of Portions of Wiretap Call, Dated August 21, 2016 at 21:02:56 Hours, Between Ronald Yandell and Jason "Jake" Corbett. | 3/27/2024 | 3/27/2024 |
| DT-15 | Transcript of Portions of Wiretap Call, Dated August 11, 2016 at 23:51:49 Hours, Between Ronald Yandell and Matt Hall. | 3/27/2024 | 3/27/2024 |
| DT-15.1 | Audio Clips of Portions of Wiretap Call, Dated August 11, 2016 at 23:51:49 Hours, Between Ronald Yandell and Matt Hall. | 3/27/2024 | 3/27/2024 |
| DT-16 | Transcript of Portions of Wiretap Call, Dated August 28, 2016 at 18:16:17 Hours, Between Ronald Yandell and Pat Brady. | 3/27/2024 | 3/27/2024 |
| DT-16.1 | Audio Clips of Portions of Wiretap Call, Dated August 28, 2016 at 18:16:17 Hours, Between Ronald Yandell and Pat Brady. | 3/27/2024 | 3/27/2024 |
| DT-20 | Stipulation (Related to Posh Cellular Phone Seized on 8/26/2016 at CSP-Lancaster) | 4/22/2024 | 4/22/2024 |