LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, California 95814
(916) 504-3933
toddleras@gmail.com
Attorney for Defendant
DANNY TROXELL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:19-cr-0107 KJM |
| Plaintiff, | |
| vs. | STIPULATION AND ORDER MODIFYING BRIEFING SCHEDULE FOR MOTION FOR JUDGMENT OF ACQUITTAL [FED.R.CRIM PROC. 29] |
| DANNY TROXELL, | |
| Defendant. | |

   Plaintiff United States of America by and through Assistant United States Attorney Jason Hitt, and Attorney Todd D. Leras on behalf of Defendant Danny Troxell, stipulate as follows:

   1. Following return of the jury verdicts in this matter, the Court adopted a briefing schedule and hearing date for Defendants' previously noticed Motion for Judgment of Acquittal pursuant to Rule 29 of the Federal Rules of Criminal Procedure.

   Specifically, the Court ordered that Defense Moving Briefs shall be filed on June 10,

ORDER MODIFYING
BRIEFING SCHEDULE

2024, the Government's Opposition Brief is due on July 8, 2024, any Reply Brief shall be due on July 29, 2024, with a Hearing Date set for August 24, 2024, at 9:00 a.m.  [ECF Docket Entry 2314].

2. Defense counsel for Danny Troxell is requesting that the briefing schedule be modified to provide that the time for filing of his Moving Brief be extended by one week to June 17, 2024.  The government does not oppose the request.  The request is based on defense counsel's need for extra time due to work-related travel to Chicago for meetings with another client charged in a separate matter in this District.

3. The Hearing Date and the scheduled Opposition Brief and Reply Brief deadlines shall remain as previously set.  The time for filing of Moving Briefs by Defendants Ronald Yandell and William Sylvester shall remain as previously set.

Assistant U.S. Jason Hitt has reviewed this proposed order and authorized Todd D. Leras via email to sign it on his behalf.

DATED:  June 5, 2024                             PHILLIP A. TALBERT
                                                 United States Attorney

                                                 By   */s/ Todd D. Leras for*
                                                     JASON HITT
                                                     Assistant United States Attorney

DATED:  June 5, 2024

                                                 By   */s/ Todd D. Leras*
                                                     TODD D. LERAS
                                                     Attorney for Defendant
                                                     DANNY TROXELL

ORDER MODIFYING
BRIEFING SCHEDULE

**ORDER**

BASED ON THE REPRESENTATIONS AND STIPULATION OF THE PARTIES, it is hereby ordered that the deadline for filing of Defendant Danny Troxell's Moving Brief for Judgment of Acquittal pursuant to Rule 29 of the Federal Rules of Criminal Procedure shall be extended to June 17, 2024. All other previously set briefing deadlines and the Hearing Date shall remain as scheduled.

IT IS SO ORDERED.

DATED: June 10, 2024.

_____
CHIEF UNITED STATES DISTRICT JUDGE

ORDER MODIFYING
BRIEFING SCHEDULE