# United States District Court
## Eastern District of California

| United States of America, | Case No. 2:19-CR-00107-KJM |
|---|---|
| Plaintiff, | |
| v. | **Order Permitting Transcription and Copies of Ex Parte Proceedings for Appellate Purposes** |
| Ronald Yandell, | |
| Defendant. | |

IT IS HEREBY ORDERED that the Court Reporters transcribe and provide copies of the transcripts for the following ex parte proceedings to counsel for Ronald Yandell:

| Hearing Date | ECF No. | Transcript Name |
|---|---|---|
| 1/14/2020 | 349 | Ex Parte status of counsel hearing (Yandell) |
| 10/13/2021 | 893 | Ex Parte status of counsel hearing (Yandell) |
| 10/22/2021 | 907 | Ex Parte status of counsel hearing (Yandell) |

Dated:  March 11, 2025.

UNITED STATES DISTRICT JUDGE