UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| United States of America, | No. 2:19-cr-00107-KJM |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| Ronald Yandell, William Sylvester and Daniel Troxell, | |
| Defendants. | |

Having reviewed the response by the California Department of Corrections and Rehabilitation (ECF No. 2722) to the court's order to show cause (ECF No 2684), in addition to the parties' statements regarding continued sealing of trial-related documents (ECF Nos. 2379, 2395 and 2412), the court orders as follows:

- The Clerk's Office is directed to **unseal** the documents at ECF Nos. 1940, 1943, 1975, 1990, 1998, 2087, 2089, 2102 and 2117, as well as the order to show cause at 2684.
- The documents at 1939, 2108, 2114, 2115, 2116, 2166, 2168 and 2174, will **remain under seal** pending a further order of this court.

1

- The Clerk's Office is instructed to serve a copy of this order on Heather Heckler (heather.heckler@doj.ca.gov), Lucas Hennes (lucas.hennes@doj.ca.gov), and counsel for the United States and defendants Yandell, Troxell and Sylvester.

IT IS SO ORDERED.

DATED: April 24, 2025.

_____
UNITED STATES DISTRICT JUDGE