UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>Ronald Yandell, William Sylvester and Daniel Troxell,<br><br>　　　　　　Defendants. | No. 2:19-cr-00107-KJM<br><br>ORDER |

Having reviewed the response to the order to show cause at ECF No. 2662, the court now orders as follows:

- The request to file under seal, *see* Notice, ECF No. 2700, is **granted**.
- The documents at ECF Nos. 2079, 2159, 2170, 2172, 2189, 2662 and their respective attachments will **remain under seal** pending a further order of this court.
- The order to show cause at ECF No. 2662 is **discharged**.
- The Clerk's Office is directed to serve a copy of this order on counsel for the United States; counsel for defendants Yandell, Sylvester and Troxell; and Matthew Schindler (mas@schindlerdefends.com).

IT IS SO ORDERED.

DATED: April 24, 2025.

UNITED STATES DISTRICT JUDGE