UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, | No. 2:19-cr-00107-KJM |
| Plaintiff, | ORDER |
| v. | |
| Ronald Yandell, William Sylvester and Daniel Troxell, | |
| Defendants. | |

Having reviewed the response to the order to show cause at ECF No. 2674, the court now orders as follows:

- The request to file the response to ECF No. 2674 under seal is **granted**.
- The order to show cause at ECF No. 2674 is **discharged**.
- The documents at ECF Nos. 2170, 2172, 2186, 2189, 2202, 2674 and their respective attachments will **remain under seal** pending a further order of this court.

The Clerk's Office is directed to serve a copy of this order on counsel for the United States; counsel for defendants Yandell, Sylvester and Troxell; and Karen L. Goldstein (kgoldstein@klgcriminaldefense.com).

IT IS SO ORDERED.

DATED: April 24, 2025.

UNITED STATES DISTRICT JUDGE