UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, | No. 2:19-cr-00107-KJM |
| Plaintiff, | ORDER |
| v. | |
| Ronald Yandell, William Sylvester and Daniel Troxell, | |
| Defendants. | |

Having reviewed the response to the court's order at ECF No. 2678, the court orders as follows:

- The request to file under seal, *see* Notice, ECF No. 2721, is **granted**.
- The Clerk's Office is directed to **seal the filing at ECF No. 2379** pending a further order of this court.
- The order to show cause at ECF No. 2678 is **discharged**.
- **Within seven days**, counsel for defendant Yandell is ordered to file a redacted copy of the document at ECF No. 2379 on the public docket of this action, with redactions obscuring the names of all defense-inmate witnesses subpoenaed for testimony at his trial in this matter.

1

- The documents at ECF Nos. 2081, 2141, 2153, 2170, 2172, 2189, 2214, 2258, 2678 and their respective attachments will **remain under seal** pending a further order of this court.
- The Clerk's Office is directed to serve a copy of this order on counsel for the United States; counsel for defendants Yandell, Sylvester and Troxell; and Kathryn Ross (katie@kathrynrosslaw.com).

IT IS SO ORDERED.

DATED: April 24, 2025.

UNITED STATES DISTRICT JUDGE

2