UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, | No. 2:19-cr-00107-KJM |
| Plaintiff, | ORDER |
| v. | |
| Ronald Yandell, William Sylvester and Daniel Troxell, | |
| Defendants. | |

Having reviewed the response to the court's order to show cause at ECF No. 2670, the court directs the Clerk's Office to **unseal** ECF No. 2058, its attachments and the order to show cause at ECF No. 2670.

The Clerk's Office is directed to serve a copy of this order on counsel for the United States and defendants Yandell, Sylvester, Troxell and Keeton.

IT IS SO ORDERED.

DATED: April 24, 2025.

UNITED STATES DISTRICT JUDGE

1