UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, | No. 2:19-cr-00107-KJM |
| Plaintiff, | ORDER |
| v. | |
| Ronald Yandell, William Sylvester and Daniel Troxell, | |
| Defendants. | |

On March 17, 2025, the court ordered defendant Quesenberry to show cause why the filing at ECF No. 2022 and its attachments should not be unsealed. Order to Show Cause, ECF No. 2666. The court received no response. Having reviewed that document and its attachments, and finding no reason to justify the continued sealing of ECF No. 2022, the court orders as follows:

- The document at ECF Nos. 2022 and its attachments are **unsealed**.
- The order to show cause at ECF No. 2666 is **unsealed**.
- The Clerk's Office is directed to serve a copy of this order on counsel for the United States and for defendants Yandell, Sylvester, Troxell and Quesenberry.

IT IS SO ORDERED.

DATED: April 24, 2025.

UNITED STATES DISTRICT JUDGE