LAW OFFICE OF TODD D. LERAS
Todd D. Leras, CA SBN 145666
455 Capitol Mall, Suite 802
Sacramento, California 95814
(916) 969-9370
toddleras@gmail.com
Attorney for Defendant
DANNY TROXELL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:19-cr-107 KJM |
| Plaintiff, | |
| vs. | NOTICE OF REQUEST TO FILE DOCUMENTS UNDER SEAL |
| DANNY TROXELL, | Date:  October 15, 2025 |
| Defendant. | Time:  10:00 a.m. |
| | Court:  Hon. Kimberly J. Mueller |

   Defendant, Danny Troxell, by and through his counsel Attorney Todd D. Leras, provides notice that he is requesting to file documents under seal.  Specifically, he requests to file under seal documents designated in a document entitled "Request to File Under Seal."  This Request includes documents offered in support of Danny Troxell's Motion for New Trial Based on Newly Discovered Evidence.  He further requests to file under seal the entirety of the Declaration of Attorney Todd D. Leras (and attached Exhibits), which were submitted to the Court and government counsel by email as required by Local Rule 141(b) and (e)(2).  This

NOTICE OF REQUEST TO FILE
DOCUMENTS UNDER SEAL

Notice of Request to File Documents Under Seal and Order shall be filed on the public docket as required under Local Rule 141(d).

The government does not oppose the request to seal.  The defense respectfully requests that the documents designated for filing under seal in this Notice remain under seal until further order of the Court.

Dated:  September 9, 2025

/s/ Todd D. Leras

TODD D. LERAS

Attorney for DANNY TROXELL

NOTICE OF REQUEST TO FILE
DOCUMENTS UNDER SEAL