```
ERIC GRANT
United States Attorney
JASON HITT
ROSS PEARSON
DAVID SPENCER
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2751
Facsimile:  (916) 554-2900
```

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    v.<br><br>DANNY TROXELL,<br><br>                Defendant. | Case No. 2:19-CR-000107 KJM<br><br>NOTICE OF REQUEST TO SEAL GOVERNMENT'S OPPOSITION AND ATTACHED DECLARATION |
|---|---|

      Pursuant to Local Rule 141(b), the United States, by and through Assistant United States Attorney Jason Hitt, provides notice that it is requesting to file its opposition to the motion for a new trial filed by defendant Danny Troxell and the attached declaration under seal.  The request for sealing is based upon the concerns articulated in the United States's Request to Seal.  The government's opposition and attached declaration were provided to the Court and counsel for Troxell by electronic mail and this Notice of Request to Seal will be served on all parties through the Court's ECF/PACER system.  The Request to Seal and Proposed Order will be sent to the Court for consideration by electronic mail.

1  For these reasons, the government respectfully requests that the government's motion remain
2  under seal until further Order of the Court.

4  Dated: September 25, 2025        /s/ *Jason Hitt*
                                    JASON HITT
5                                   Assistant United States Attorney