IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>DANNY TROXELL,<br><br>        Defendant. | CASE NO. 2:19-cr-00107 KJM<br><br>ORDER GRANTING GOVERNMENT'S REQUEST TO FILE ITS OPPOSITION TO DEFENDANT TROXELL'S MOTION FOR A NEW TRIAL UNDER RULE 33 AND DECLARATION OF DEA SPECIAL AGENT BRIAN NEHRING |

Pursuant to Local Rule 141(b) and based upon the representations made in the Government's Request to File its Opposition to Defendant Troxell's Motion for a New Trial under Rule 33 and the attached Declaration of DEA Special Agent Brian Nehring under seal is GRANTED, and IT IS HEREBY ORDERED that the government's Opposition to Defendant Troxell's Motion for a New Trial under Rule 33 and the attached Declaration of DEA Special Agent Brian Nehring shall be filed UNDER SEAL until further order of this Court.

DATED: October 8, 2025.

_____
SENIOR UNITED STATES DISTRICT JUDGE