UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DANNY TROXELL,<br><br>　　　　Defendant. | Case No.  2:19-cr-00107-TLN<br><br>9th Cir. Case No. 25-7647<br><br>ORDER GRANTING UNOPPOSED REQUEST TO DISCLOSE UNREDACTED SEALED DOCUMENTS AND TRANSCRIPTS FOR APPEAL |

　　For good cause shown, the Court grants the defendant's unopposed motion.  The Court directs the clerk to provide to Devin Burstein (appointed counsel for Mr. Troxell's appeal to the Ninth Circuit) unredacted copies of the sealed documents and transcripts specified in the prior unsealing orders at ECF Nos. 2760, 2788, 2789.

Dated: February 24, 2026

　　　　　　　　　　　　　　　　　　　　　　　Troy L. Nunley
　　　　　　　　　　　　　　　　　　　　　　　Chief United States District Judge

1